NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**ENGINEERED CORROSION SOLUTIONS, LLC,**
*Appellant*

**v.**

**SOUTH-TEK SYSTEMS, LLC, POTTER ELECTRIC CO, LLC,**
*Appellees*

_____

2018-1685

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01351.

_____

**JUDGMENT**

_____

BENJAMIN AARON SAIDMAN, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Atlanta, GA, argued for appellant. Also represented by JASON E. STACH.

DAVID E. BENNETT, Coats & Bennett, PLLC, Cary, NC, argued for appellees. Also represented by EDWARD H. GREEN, III, BRANDEE WOOLARD.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MOORE, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

May 9, 2019                     /s/ Peter R. Marksteiner
   Date                           Peter R. Marksteiner
                                  Clerk of Court